```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01457
   JERRY D MCDOWELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-5032


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 01/23/2008 and was confirmed 04/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
---------------------------------------------------------------------
MERRICK BANK               UNSECURED          1604.47            .00            .00
HOME LOAN SERVICES INC     CURRENT MORTG         .00             .00            .00
HOME LOAN SERVICES INC     MORTGAGE ARRE         .00             .00            .00
HOME LOAN SERVICES INC     CURRENT MORTG         .00             .00            .00
HOME LOAN SERVICES INC     MORTGAGE ARRE      2309.82            .00            .00
COOK COUNTY TREASURER      SECURED               .00             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1088.83            .00            .00
CBE GROUP                  UNSECURED         NOT FILED           .00            .00
HSBC NV                    UNSECURED         NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           717.88            .00            .00
HSBC                       UNSECURED           977.81            .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00            .00
MONEY CONTROL              UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           246.50            .00            .00
TARGET NATIONAL BANK       UNSECURED           527.47            .00            .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO WATER DE   SECURED             300.00            .00          75.00
INTERNAL REVENUE SERVICE   PRIORITY          80798.74            .00            .00
CAPITAL RECOVERY ONE       FILED LATE         2875.91            .00            .00
COMMONWEALTH EDISON        FILED LATE          876.78            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1664.17            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,856.00                       1,397.00
TOM VAUGHN                 TRUSTEE                                             128.00
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                    1,600.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01457 JERRY D MCDOWELL
```

```
PRIORITY                                                            .00
SECURED                                                           75.00
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,397.00
TRUSTEE COMPENSATION                                             128.00
DEBTOR REFUND                                                       .00
                                       ---------------   ---------------
TOTALS                                        1,600.00          1,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                      PAGE   2
          CASE NO. 08 B 01457 JERRY D MCDOWELL